| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| TOWNSEND, TOWNSEND & CREW, LLP<br>ATTORNEYS AT LAW<br>TWO EMBARCADERO CENTER, 8TH FLOOR<br>SAN FRANCISCO, CA 94111 | (415) 576-0200 | |
| ATTORNEY FOR (NAME)   LEVI STRAUSS & CO. | REFERENCE NUMBER<br>0V238071-02 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>450 GOLDEN GATE AVE.<br>SAN FRANCISCO, CA 94102 | | |
| SHORT NAME OF CASE<br>LEVI STRAUSS & CO. vs. TOPSON DOWNS OF CALIF. INC. | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072764MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS

**Name of Defendant:**      TOPSON DOWNS OF CALIFORNIA, INC.
**Person Served:**          KEVIN CASTLE
**Title:**                  PERSON IN CHARGE/MANAGER

**Date of Delivery:**       07/16/07
**Time of Delivery:**       03:41 pm

**Place of Service:**       3545 MOTOR AVE., 14TH PLACE
                            LOS ANGELES, CA 90034-4806      (Business)

**Date of Mailing:**        07/17/07
**Place of Mailing:**       VENTURA

**Physical Description:**

| AGE: | 37 | HAIR: | BLOND | HEIGHT: | 5'11" | RACE: | C |
| SEX: | M | EYES: | | WEIGHT: | 250LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**     ☐  Federal Rules of Civil Procedure

                            ☒  California Code of Civil Procedure

**Fee for service:**        $ 109.93

---

☒ Registered: LOS ANGELES County,
Number: 4571


**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728              *Client file # LEVI V. TOPSON*
559-233-1475
30C/0V238071-02               PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: 07/20/07
at: Ventura, California.

Signature: *Carlos Canas*
Name: CARLOS CANAS
Title: REGISTERED CA PROCESS SERVER

LIST OF DOCUMENTS

LEVI STRAUSS & CO. VS. TOPSON DOWNS OF CALIFORNIA
N.D. CAL. CASE NO. C-07-2764 MHP

1) SUMMONS
2) CIVIL COVER SHEET
3) COMPLAINT
4) ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES;FORM ORDER SETTING CONFERENCE;FORM JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER;FORM STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
5) CERTIFICATION OF INTERESTED PARTIES
6) ECF REGISTRATION INFORMATION HANDOUT
7) UNITED STATES DISTRICT COURT GUIDELINES
8) NOTICE OF AVAILABLITIY OF MAGISTRATE JUDGE TO EXERCIES JURISDICTION;FORM NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;FORM WAIVER OF SERVICE OF SUMMONS
9) ADR HANDBOOK: DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA
10) REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK