Mark D. Brutzkus, SBN 128102
Luis A. Garcia, SBN 146876
EZRA | BRUTZKUS | GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-827-9000
Facsimile: 818-827-8099
E-mail:    mbrutzkus@ebg-law.com
           lgarcia@ebg-law.com

Attorneys for Defendant
TOPSON DOWNS OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> vs. <br><br> TOPSON DOWNS OF CALIFORNIA, INC., <br><br> Defendant. | CASE NO. C 07 2764 MHP <br><br> [Assigned to Hon. Marilyn Hall Patel] <br><br> **DEFENDANT TOPSON DOWNS OF CALIFORNIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 10, 2007

EZRA | BRUTZKUS | GUBNER LLP

By: _[signature]_
Mark D. Brutzkus
Luis A. Garcia
Attorneys for Defendant
TOPSON DOWNS OF
CALIFORNIA, INC

---

1

DEF. TOPSON DOWNS OF CALIF., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Ezra, Brutzkus & Gubner, located at 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, Telephone: (818) 827-9000, Facsimile: (818) 827-9099.

On August 13, 2007, I served the foregoing document described as **DEFENDANT TOPSON DOWNS OF CALIFORNIA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in said action, as follows:

PLEASE SEE ATTACHED SERVICE LIST

☒ (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail. Executed on August 8, 2007, at Woodland Hills, California.

☐ (By Facsimile) I caused said document to be sent via facsimile. Executed on _____, 2007, at Woodland Hills, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed _____, 2007, at Woodland Hills, California.

☐ (By Federal Express/Express Mail) I caused said document to be sent via Federal Express / Express Mail for next business day delivery. Executed on _____, 2007, at Woodland Hills, California.

☒ (Federal) Executed this 13th day of August, 2007, I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

_/s/ Janice Henry_
JANICE HENRY

# SERVICE LIST

*Levis Strauss & Co. vs. Topson Downs of California, Inc..*
U.S.D.C. ND CA Case No. 07-2764 MHP

<u>Attorneys for Plaintiff Levi Strauss & Co.</u>
Townsend and Townsend and Crew LLP
Gregory S. Gilchrist, Esq.
Gia L. Cincone, Esq.
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Tel: (415) 576-0200
Fax: (415) 576-0300

DEF. TOPSON DOWNS OF CALIF., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS