```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
 2  GIA L. CINCONE (Bar # 141668)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California  94111
    Telephone:  (415) 576-0200
 4  Facsimile:  (415) 576-0300
    Email:  gsgilchrist@townsend.com, glcincone@townsend.com
 5
    Attorneys for Plaintiff
 6  LEVI STRAUSS & CO.
 7
```

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LEVI STRAUSS & CO., | Case No. C 07-2764 MHP |
| 12              Plaintiff, | |
| 13         v. | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| 14  TOPSON DOWNS OF CALIFORNIA, INC., | |
| 15              Defendant. | |

17    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he
18  or she has:

19    (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of
20  California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are
21  available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing
22  program (ECF) under General Order 45)*;

23    (2)    Discussed the available dispute resolution options provided by the Court and private
24  entities; and

25  / / /
26  / / /
27  / / /
28  / / /

1      (3)    Considered whether this case might benefit from any of the available dispute resolution options.

DATED: August 20, 2007    By:    /s/ Thomas M. Onda
Levi Strauss & Co.

DATED: August 20, 2007    By:    /s/ Gia L. Cincone
Townsend and Townsend and Crew, LLP
Counsel for Levi Strauss & Co.

61129053 v1