```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
 2  GIA L. CINCONE (Bar # 141668)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300
    Email: gsgilchrist@townsend.com, glcincone@townsend.com
 5
    Attorneys for Plaintiff
 6  LEVI STRAUSS & CO.
 7
 8              UNITED STATES DISTRICT COURT
 9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C-07-2764 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| TOPSON DOWNS OF CALIFORNIA, INC., | |
| Defendant. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration        ☐ ENE        ☒ Mediation

*(To provide additional information regarding timing of the session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR Session by:

☐ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise noted)*

☒ Other requested deadline (120 days)

| | | |
|---|---|---|
| 1 | Dated: August 20, 2007 | /s/ Gia L. Cincone |
| 2 | | Gia L. Cincone |
| 3 | | Attorneys for Plaintiff<br>Levi Strauss & Co. |
| 4 | | |
| 5 | Dated: August 20, 2007 | /s/Luis A. Garcia<br>Luis A. Garcia |
| 6 | | Attorneys for Defendant<br>Topson Downs of California, Inc. |

**Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation through a court ADR appointed mediator, with a deadline to hold an ADR session within 120 days from the date of this Order.**

IT IS SO ORDERED:

Dated: _____, 2007            _____
                                          UNITED STATES DISTRICT JUDGE

61004055 v2