1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,                | Case No. C-07-2764 MHP
12 |         Plaintiff,                  | **STIPULATION AND [PROPOSED]**
                                          | **ORDER SELECTING ADR**
13 |         v.                          | **PROCESS**
14 | TOPSON DOWNS OF CALIFORNIA, INC.,   |
15 |         Defendant.                  |

16

17     The parties stipulate to participate in the following ADR process:

18     **Court Processes:**

19     ☐ Arbitration        ☐ ENE        ☒ Mediation

20     *(To provide additional information regarding timing of the session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*
21

22     **Private Process:**

23     ☐ Private ADR *(please identify process and provider)*

24     The parties agree to hold the ADR Session by:

25     ☐ The presumptive deadline *(The deadline is 90 days from the date of the order

26     referring the case to an ADR process unless otherwise noted)*

27     ☒ Other requested deadline (120 days)

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
                          - 1 -      Levi Strauss & Co. v. Topson Downs of California, Inc.
                                                    Case No. C 07-2764 MHP

1 | Dated: August 20, 2007 /s/ Gia L. Cincone
Gia L. Cincone

Attorneys for Plaintiff
Levi Strauss & Co.

Dated: August 20, 2007 /s/Luis A. Garcia
Luis A. Garcia

Attorneys for Defendant
Topson Downs of California, Inc.

      **Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation through a court ADR appointed mediator, with a deadline to hold an ADR session within 120 days from the date of this Order.**

IT IS SO ORDERED:

Dated: _August 23, 2007___, 2007

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

61004055 v2

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
- 2 -    Levi Strauss & Co. v. Topson Downs of California, Inc.
Case No. C 07-2764 MHP