**EB+G**

Ezra Brutzkus Gubner LLP
A Limited Liability Partnership

Warner Center
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

T 818.827.9000
F 818.827.9099
www.ebg-law.com

Luis A. Garcia
T 818.827.9133
F 818.932.3653
lgarcia@ebg-law.com

September 6, 2007

**VIA E-MAIL**
Hon. Marilyn Hall Patel
U.S. District Court, Northern District
450 Golden Gate Ave.
Courtroom 15, 18th Fl.
San Francisco, CA 94102

Re: **LEVI STRAUSS vs. TOPSON DOWNS**
Case No. C 07 2764 MHP
Our File No. 2018.055

Dear Judge Patel:

This letter confirms my phone conversation today with your clerk, Tony Bowser, wherein Mr. Bowser advised me that the application to appear telephonically at the Initial Case Management Conference set for September 10, 2007 was granted. As requested by Mr. Bowser, I contacted Holly Gaudreau of Townsend, Townsend and Crew LLP, counsel for Plaintiff, and confirmed that Plaintiff's counsel would also participate telephonically. We selected **September 11, 2007,** at 2:30 p.m., for the date and time to continue the Initial Case Management Conference.

If you have any questions, do not hesitate to call me.

Respectfully,

Luis A. Garcia

LAG/jh
cc: Tony Bowser
    Calendar Clerk

    Holly Gaudreau, Esq.
    **TOWNSEND, TOWNSEND & CREW LLP**
27370