UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: September 11, 2007

Case No.   C 07-2764  MHP          Judge: MARILYN H. PATEL

Title: LEVI STRAUSS AND COMPANY -v- TOPSON DOWNS OF CALIFORNIA

Attorneys:  Plf: Gia Cincone
            Dft: Mark Brutzkus

Deputy Clerk:  Anthony Bowser   Court Reporter: James Yeomans

### PROCEEDINGS

1)   Telephonic Case Management Conference

2)

3)

### ORDERED AFTER HEARING:

Parties stipulate to Mediation, to be completed within 90 days; Proposed schedules modified as follows:

Disclosure of witnesses case-in-chief: 2/15/2008;
Close of Fact Discovery: 3/17/2008;
Disclosure of Expert Witnesses: 3/24/2008;
Disclosure of Rebuttal Witnesses: 4/21/2008;
Close of Expert Discovery: 5/19/2008;

Final Dispositive Hearing Date: 2:00 p.m. on 7/7/2008;
Pretrial Conference: 8/5/2008 at 3:00 p.m., with all pretrial filings to be submitted ten days prior;
Jury Trial: 8/25/2008 at 8:30 a.m.

CMC order to issue.