# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Levi Strauss & Co., | 07-02764 MHP MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Topson Downs of California, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**David T. Alexander**
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304-1212
650-813-5007

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02764 MHP MED                    - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: September 24, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02764 MHP MED                - 2 -