**FILED**

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Levi Strauss & Co., | No. C 07-02764 MHP MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Topson Downs of California, Inc., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) December 20, 2007

2. Did the case settle?   ☐ fully   ☒ partially *as it has 1 issue remaining*   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☒ phone discussions expected by (date) end of 1st week in '08
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: 12/21/07

*/s/ David T. Alexander*
**Mediator, David T. Alexander**
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304-1212

**Certification of ADR Session**
07-02764 MHP MED