1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  TIMOTHY R. CAHN (Bar # 162136)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: gsgilchrist@townsend.com;
5  trcahn@townsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8                UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | LEVI STRAUSS & CO.,              | Case No. C 07-2764 MHP
12 |         Plaintiff,               | **STIPULATION OF DISMISSAL WITH PREJUDICE**
13 |     v.                           |
14 | TOPSON DOWNS OF CALIFORNIA, INC.,|
15 |         Defendant.               |

16

17

18    The parties, having entered into a settlement of this action, stipulate by their respective counsel

19 and pursuant to Federal Rule of Civil Procedure 41(a)(ii) that this action be and hereby is dismissed

20 with prejudice. Each party shall bear its own costs and attorneys' fees. The Court retains jurisdiction

21 to enforce the parties' settlement agreement.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  IT IS SO STIPULATED.

2

3  Dated: May 20, 2008              TOWNSEND & TOWNSEND & CREW LLP

4

5                                   By:  /s/ Timothy R. Cahn
                                         Timothy R. Cahn
6
                                         Attorneys for Plaintiff
7                                        LEVI STRAUSS & CO.

8

9  Dated: May 20, 2008              EZRA BRUTZKUS GUBNER LLP

10

11                                  By:  /s/ Mark D. Brutzkus
                                         Mark D. Brutzkus
12
                                         Attorneys for Defendant
13                                       TOPSON DOWNS OF CALIFORNIA, INC.

14

15

16  PURSUANT TO STIPULATION IT IS SO ORDERED:

17

18  Dated: _____, 2008   _____
                                     HON. MARILYN H. PATEL
19                                   UNITED STATES DISTRICT JUDGE

20

21

22

23  61372125 v1

24

25

26

27

28

STIPULATION OF DISMISSAL            - 2 -    Levi Strauss & Co. v. Topson Downs of California, Inc.
WITH PREJUDICE                               Case No. C 07-2764 MHP