1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  TIMOTHY R. CAHN (Bar # 162136)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: gsgilchrist@townsend.com;
5  trcahn@townsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | LEVI STRAUSS & CO.,              | Case No. C 07-2764 MHP
12 |         Plaintiff,               | **STIPULATION OF DISMISSAL WITH PREJUDICE**
13 |     v.                           |
14 | TOPSON DOWNS OF CALIFORNIA, INC., |
15 |         Defendant.               |

16

17

18      The parties, having entered into a settlement of this action, stipulate by their respective counsel

19 and pursuant to Federal Rule of Civil Procedure 41(a)(ii) that this action be and hereby is dismissed

20 with prejudice. Each party shall bear its own costs and attorneys' fees. The Court retains jurisdiction

21 to enforce the parties' settlement agreement.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  IT IS SO STIPULATED.

3  Dated: May 20, 2008                TOWNSEND & TOWNSEND & CREW LLP

5                                      By:  /s/ Timothy R. Cahn
                                            Timothy R. Cahn

                                            Attorneys for Plaintiff
7                                           LEVI STRAUSS & CO.

9  Dated: May 20, 2008                EZRA BRUTZKUS GUBNER LLP

11                                     By:  /s/ Mark D. Brutzkus
                                            Mark D. Brutzkus

                                            Attorneys for Defendant
13                                          TOPSON DOWNS OF CALIFORNIA, INC.

16  PURSUANT TO STIPULATION IT IS SO ORDERED:

18  Dated:  5/22          , 2008       _____
                                       HON. MARILYN H. PATEL
19                                     UNITED STATES DISTRICT JUDGE

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

23  61372125 v1